UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | |
| Plaintiff, | § | |
| V. | § | CIVIL ACTION NO. 5:16-CV-00073 |
| **EDWARD S. FLUME, JR.,** | § | |
| Defendant, | § | |
| and | § | |
| **FIDELITY INVESTMENTS, NATIONAL FINANCIAL SERVICES, LLC., and BBVA COMPASS,** | § | |
| Garnishees. | § | |

## ORDER

Before the Court is Plaintiff the United States of America's Motion for a Stay of the Case in Light of Lapse of Appropriations. (Dkt. No. 69).

On December 21, 2018, the appropriations act funding the Department of Justice expired and appropriations to the Department lapsed. Plaintiff states that attorneys for the Department of Justice are prohibited from working, even on a voluntary basis, with limited exceptions not applicable to this case. (Dkt. No. 69). Plaintiff thus requests a stay of the case, except the trial date, until Congress has restored appropriations to the Department. Plaintiff represents that defendants are not opposed to the motion. (Dkt. No. 69).

Finding good cause, the Court hereby **GRANTS** Plaintiff's Motion for a Stay of the Case in Light of Lapse of Appropriations. (Dkt. No. 69). All current deadlines, except the trial date, are stayed until appropriations are restored and shall be extended for a period of time commensurate

with the lapse in appropriations. Plaintiff is **ORDERED** to file an advisory with the Court within three working days of the date that appropriations are restored. Upon receipt of the advisory, the Court anticipates issuing an amended pretrial scheduling order and evaluating the status of the trial date.

    SO ORDERED

    SIGNED on January 2, 2019, at Laredo, Texas.

                                           John A. Kazen
                                           United States Magistrate Judge