UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>   Plaintiff,<br><br>v.<br><br>EDWARD S. FLUME, JR.,<br>   Defendant.<br>and<br><br>FIDELITY INVESTMENTS,<br>NATIONAL FINANCIAL SERVICES, LLC.,<br>and<br>BBVA COMPASS,<br>   Garnishees. | Case No. 5:16-CV-00073 |

## UNITED STATES' ADVISORY NOTICE OF APPROPRIATIONS

In accordance with the Court's Order dated January 2, 2019, *ECF #71,* the United States files this Advisory Notice of Appropriations. The United States gives the Court notice that the Further Additional Continuing Appropriations Act of 2019, H.J. Resolution 28, appropriating funds for the Department of Justice through February 15, 2019, was signed into law on January 25, 2019.

              Respectfully submitted,

              RYAN K. PATRICK
              United States Attorney

              /s/ Herbert W. Linder
              HERBERT W. LINDER
              Ohio Bar No. 0065446
              Attorneys, Tax Division
              Department of Justice
              717 N. Harwood, Suite 400
              Dallas, Texas  75201
              (214) 880-9754;  (214) 880-9774 (facsimile)
              Herbert.W.Linder@usdoj.gov

              ATTORNEYS FOR UNITED STATES

## CERTIFICATE OF SERVICE

      I hereby certify that on January 28, 2019, this advisory was served by electronic service or regular mail to the following:

R. Spencer Shytles
1401 Burnham Dr.
Plano, TX 75093
 *Attorney for BBVA Compass*,

David Rodriquez
921 Proton Rd.
San Antonio, TX 78258

                                                  /s/ Herbert W. Linder
                                                  Herbert W. Linder