**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,  )  <br>       Plaintiff,       ) <br>                                )  Case No. 5:16-CV-00073 <br> v.                             ) <br>                                ) <br> EDWARD S. FLUME, JR.,          ) <br>       Defendant.              ) <br>                                ) <br> and                            ) <br>                                ) <br> FIDELITY INVESTMENTS,          ) <br> NATIONAL FINANCIAL SERVICES, LLC., and,  ) <br> BBVA COMPASS,                  ) <br>       Garnishees.              ) | |

**UNITED STATES' UNOPPOSED MOTION TO QUASH WRIT OF GARNISHMENT TO NATIONAL FINANCIAL SERVICES, LLC**

The United States moves, pursuant to 28 U.S.C. § 3205(c)(10), to quash the Writ of Garnishment issued to National Financial Services, LLC, without prejudice, as ineffective because it appears that as brokerage the Garnishee is not holding nonexempt property belonging to or due the Defendant-Judgment Debtor.[1]

---

[1] The Writs of Garnishment issued to Fidelity Investments and BBVA Compass Bank are still outstanding and enforceable.  The United States has objected to BBVA's Answer. *Docket #16*.

1

RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

/s/ Herbert W. Linder
HERBERT W. LINDER
Ohio Bar No. 0065446
Attorney, Tax Division
Department of Justice
717 N. Harwood, Suite 400
Dallas, Texas  75201
(214) 880-9754
(214) 880-9774 (facsimile)
Herbert.W.Linder@usdoj.gov

ATTORNEYS FOR UNITED STATES

**CERTIFICATE OF CONFERENCE**

Pursuant to Local Rule 7.1, on June 28, 2019, I conferred with David Rodriquez, counsel for Defendant, Edward Flume and R Spencer Shytles counsel for BBVA Compass regarding the relief sought in this Motion.  All of these persons stated that they are not opposed to the relief sought by the Motion.

/s/ Herbert W. Linder
HERBERT W. LINDER

**CERTIFICATE OF SERVICE**

I hereby certify that on June 28, 2019, that the Motion to Quash was served by

electronically through the Clerk's ECF system or regular mail to the following:

David Rodriquez
921 Proton Rd.
San Antonio, TX 78258

R. Spencer Shytles
1401 Burnham Dr.
Plano, TX 75093
 *Attorney for BBVA Compass*

/s/ Herbert W. Linder
HERBERT W. LINDER