UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff,<br><br>v.<br><br>EDWARD S. FLUME, JR.,<br>        Defendant. | )<br>)<br>)   Case No. 5:16-CV-00073<br>)<br>)<br>)<br>)<br>) |

## UNITED STATES' RESPONSE TO COURT'S ORDER REGARDING REMAINING GARNISHEES.

The Court entered it Findings of Fact and Conclusions of Law finding that Edward Flume willfully failed to file his FBARs disclosing his interest in a foreign account for 2007 and 2008. See *Dkt. #86*. The Court also ordered the United States to advise the Court on how the United States intends to proceed against the remaining garnishees. The United States responds as follows:

1. Once the Court enters Judgment against Edward S. Flume, Jr., the United States will file a motion to enter a final order of garnishment as to Fidelity Investments for the turnover of funds held by Fidelity Investments.

2. The United States and garnishee BBVA have reached a tentative settlement resolving the disputed issues between these parties. Once the Court enters Judgment against Edward S. Flume, Jr., and the settlement is finalized, the United States will either file an unopposed motion to enter a final order of garnishment as to BBVA for the turnover of funds or a motion to quash the writ of garnishment issued to BBVA.

3. In regard to garnishee National Financial Services, LLC, the United States has moved to quash the writ of garnishment issued to National Financial Services, LLC.

1

RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General


/s/ Herbert W. Linder
HERBERT W. LINDER
Ohio Bar No. 0065446
Attorneys, Tax Division
Department of Justice
717 N. Harwood, Suite 400
Dallas, Texas  75201
(214) 880-9754
(214) 880-9774 (facsimile)
Herbert.W.Linder@usdoj.gov

ATTORNEYS FOR UNITED STATES


## CERTIFICATE OF SERVICE

I hereby certify that on June 28, 2019, this Response was served by electronic service or regular mail to the following:

R. Spencer Shytles
1401 Burnham Dr.
Plano, TX 75093
 *Attorney for BBVA Compass*,

David Rodriquez
921 Proton Rd.
San Antonio, TX 78258



/s/ Herbert W. Linder
Herbert W. Linder