United States District Court
Southern District of Texas
**ENTERED**
July 09, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>v.<br><br>EDWARD S. FLUME, JR.,<br>    Defendant. | )<br>)<br>)   Case No. 5:16-CV-00073<br>)<br>)<br>)<br>)<br>) |

### JUDGMENT AGAINST EDWARD S. FLUME, JR.

The Court has determined that judgment should be entered consistent with its Findings of Fact and Conclusions of Law finding that Edward S. Flume, Jr., willfully failed to file his Foreign Bank and Financial Account Reports disclosing his interest in a foreign account for 2007 and 2008. Accordingly, it is hereby

ORDERED, ADJUDGED AND DECREED that:

1. Defendant, Edward S. Flume, Jr., is liable to the United States pursuant to 31 U.S.C. § 5321(a)(5) for a willful failure to file a Report of Foreign Bank and Financial Account penalty, late payment penalties, collection costs and interest assessed against him for the 2007 year in the aggregate amount of $486,205.81 as of June 25, 2019, plus interest accruing under 31 U.S.C. § 3717(a)(1) from June 25, 2019 until the date of entry of this judgment and interest accruing under 28 U.S.C. § 1961(a) after the date of entry of this judgment, plus penalties accruing after June 25, 2019, pursuant to 31 U.S.C. § 3717(e)(2) and 31 C.F.R. §§ 5.5(a) and 901.9.

2. Defendant, Edward S. Flume, Jr., is liable to the United States pursuant to 31 U.S.C. § 5321(a)(5) for a willful failure to file a Report of Foreign Bank and Financial Account penalty, late payment penalties, collection costs and interest assessed against

him for the 2008 year in the aggregate amount of $136,380.82 as of June 25, 2019, plus interest accruing under 31 U.S.C. § 3717(a)(1) from June 25, 2019 until the date of entry of this judgment and interest accruing under 28 U.S.C. § 1961(a) after the date of entry of this judgment, plus penalties accruing after June 25, 2019, pursuant to 31 U.S.C. § 3717(e)(2) and 31 C.F.R. §§ 5.5(a) and 901.9.

3. Each party shall bear their respective costs, including any attorney's fees.

SIGNED this  9th  day of  July , 2019.

DIANA SALDANA
UNITED STATES DISTRICT JUDGE