United States District Court
Southern District of Texas

**ENTERED**
July 30, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>v.<br><br>EDWARD S. FLUME, JR.,<br>    Defendant.<br><br>and<br><br>FIDELITY INVESTMENTS,<br>NATIONAL FINANCIAL SERVICES, LLC, and,<br>BBVA COMPASS,<br>    Garnishees. | Case No. 5:16-CV-00073 |

## ORDER TERMINATING GARNISHMENT

Having considered the United States' Unopposed Motion to Quash the Writ of Garnishment issued to National Financial Services, LLC,

THIS COURT ORDERS that the Writ of Garnishment issued to National Financial Services, LLC is terminated and quashed without prejudice.

Signed _July 29_, 2019.

DIANA SALDANA
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF TEXAS

1