United States District Court
Southern District of Texas
**ENTERED**
July 30, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>EDWARD S. FLUME, JR., )<br>    Defendant. )<br>)<br>and )<br>)<br>FIDELITY INVESTMENTS, )<br>NATIONAL FINANCIAL SERVICES, LLC, and, )<br>BBVA COMPASS, )<br>    Garnishees. ) | Case No. 5:16-CV-00073 |

**FINAL ORDER OF GARNISHMENT TO FIDELITY INVESTMENTS**

This matter is before the Court for entry of a Final Order of Garnishment to Fidelity Investments, pursuant to 18 U.S.C. § 3613 and 28 U.S.C. § 3205 of the Federal Debt Collection Procedures Act, for nonexempt property belonging to or due or controlled by Defendant, Edward S. Flume, Jr.

Having considered the Application and Garnishee's Answer and noting that no objections or claims for exemptions have been filed, the Court hereby grants the United States' Motion for Final Order of Garnishment and Orders as follows:

**IT IS ORDERED** that Garnishee, Fidelity Investments, shall pay to the United States Department of Justice within 30 days from the date of this Order, the nonexempt property in its possession, custody, or control due or belonging to Edward Flume and in accounts in the name of Wilshire Holdings, Inc., from the date that the Garnishee was served with the Writ and continuing for so long as it has money due or owing to the Defendant and in accounts in the name of Wilshire Holdings, Inc., up to the full amount of the debt owed by Edward S. Flume, Jr.

1

Checks shall be made payable to the "United States Department of Justice" and marked with the name of this case, **"U.S. v. Edward S. Flume, Jr.,"** Case No. **5:16-cv-00073**. Checks shall be mailed to:

> United States Department of Justice
> Tax Division
> 717 N. Harwood
> Suite 400
> Dallas, Texas 75201

**IT IS ORDERED** that the United States shall apply all monies received to the judgment rendered in this case.

**IT IS ORDERED** that the United States mail copies of this Order to the following:

Fidelity Investments
245 Summer Street,
Boston, MA 02210

Martha Flume
220 N. Zapata Hwy 11, PMB 1017
Laredo, TX 78043

**IT IS FURTHER ORDERED** that the writ of garnishment shall terminate and the Garnishee discharged from liability once any of the conditions of 28 U.S.C. § 3205(c)(10) is met.

IT IS SO ORDERED.

Signed _July 29_, 2019.

_____
DIANA SALDANA
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF TEXAS