United States District Court
Southern District of Texas
**ENTERED**
August 09, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>EDWARD S. FLUME, JR.,<br>Defendant.<br><br>and<br><br>FIDELITY INVESTMENTS, and,<br>BBVA COMPASS,<br>Garnishees. | Case No. 5:16-CV-00073 |

## ORDER TERMINATING GARNISHMENT

Having considered the United States' Motion to Quash the Writ of Garnishment issued to BBVA Compass,

THIS COURT ORDERS that the Writ of Garnishment issued to BBVA Compass is terminated and quashed without prejudice.

Signed _August 9_, 2019.

_____
DIANA SALDANA
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF TEXAS

1