FILED

2019 SEP -3  AM 9: 37

UNITED STATES DISTRICT COURT       SOUTHERN DISTRICT OF TEXAS COURTS
SOUTHERN DISTRICT
OF TEXAS

|  |  |
|---|---|
| UNITES STATES OF AMERICA | §<br>§<br>§<br>§ |
|  | § |
| *versus* | §<br>§ |
|  | § |
| EDWARD S. FLUME, JR. | §<br>§<br>§<br>§ |

ACTION NUMBER:

5:16-cv-00073

### ABSTRACT OF JUDGMENT

| | |
|---|---|
| Date of Judgment Entered: | 07/09/2019 |
| Judgment in Favor of: | United States of America |
| Judgment Against: | Edward S. Flume, Jr. |
| Amount of Judgment: | $622,586.63 |
| Amount of Costs: | $ |
| Rate of Interest: | % Tax Rate of Interest Per 26 USC Sections 6601 & 6621 |
| Amount of Credits Since Judgment: | $ |
| Amount Due: | |

The above and foregoing is a correct Abstract of Judgment entered in the United States District Court, for the Southern District of Texas, in the above captioned case.

DATED: *September 03, 2019*

CLERK OF COURT

By: *Mayra Ramirez*
Deputy Clerk

*O:Houforms/Forms-Web*
Return Recorded Copy to:
Lori Lloyd, Collections/FLU
DOJ, Tax Division
717 N. Harwood, Suite 400
Dallas, TX 75201
(214) 880-9721